JOSEPH COODY AND ANOTHER v. JAMES C. WALKER.

Where the citation was executed on the 13th of March, returnable on the 20th of April, and the case was called for trial on the 24th of April, it was held that the following affidavit for a continuance was not sufficient: that he is not ready for trial, for the want of competent witnesses, viz: John F. Wilson, living in Henderson county, B. P. Hamit, C. B. West and A. J. Taylor, of this county; that he has used due diligence to obtain their testimony by filing interrogatories to Wilson preparatory to taking out a commission to take his answers, and by obtaining subpœnas from the Clerk and placing them in the hands of the Sheriff for service on Hamit, West and Taylor; that this affidavit is not made for delay, but to obtain justice.

Appeal from Freestone. Tried below before the Hon. John Gregg.

Suit by appellee on two promissory notes of Coody, and the collateral guaranty of F. J. Satterwhite. The citation was served on Coody on the 13th March, 1857, and on Satterwhite on the 2d of April; the first day of the Term was April 20th; the defendants answered on the 24th, Coody by plea of failure of consideration, in which Satterwhite joined, and also denied his liability as guarantor; on same day the case was called for trial, and Coody filed an affidavit for a continuance, as set forth in the synopsis of this report. The application for continuance was refused, and verdict and judgment went for the plaintiff.

*Joseph Friend,* for appellant.

ROBERTS, J. The record has been carefully examined with reference to the errors assigned by appellants' counsel. The Court is satisfied that they are not sufficient to reverse the judgment. They present no question of law, about which persons could well differ. Judgment is affirmed.

Judgment affirmed.